UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PERMOBIL, INC, <br> and GORAN UDDEN, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPRESS TRAVEL <br> RELATED SERVICES CO, INC., d/b/a <br> AMERICAN EXPRESS, and AMERICAN <br> EXPRESS BANK, FSB d/b/a AMERICAN <br> EXPRESS, <br><br> Defendants. | Case No.: 3:08-CV-0262 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss filed by the defendants (Docket No. 14) is **GRANTED** with respect to the plaintiffs' negligence claim and **DENIED** as to the plaintiffs' Truth in Lending Act, conversion, misrepresentation, and Tennessee Consumer Protection Act claims.

It is so Ordered.

Entered this 6th day of August 2008.

_____
ALETA A. TRAUGER
United States District Judge